**IT IS ORDERED**

**Date Entered on Docket: June 7, 2019**



_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

**In Re:**
    **John A. Crespo,**

                              **Case No. 18-10188-T13**

    **Debtor.**

### STIPULATED ORDER ABANDONING THE ESTATE'S
### INTEREST IN 4008 PASAJE PLACE NW, ALBUQUERQUE, NM 87114

**THIS MATTER** came before the Court upon the stipulation between the Debtor and the chapter 13 Trustee and the Debtor represents that Debtor, John Crespo, was granted a decree of dissolution of marriage from Venita Coffee on June 18, 2009; that pursuant to the parties' Marital Settlement Agreement, as incorporated in the Decree of Dissolution of Marriage, Venita Coffee was granted sole ownership of the following real property at 4008 Pasaje Place NW, Albuquerque, NM 87114 legally described as: LOT 125 P-1 PLAT OF CERRO CRESTADO AT SEVEN BAR NORTH CONT 0.1555 AC M/R OR 6,774 SF M/L; that Debtor inadvertently

did not issue a quitclaim deed to Venita Coffee as contemplated by the Marital Settlement Agreement; that Venita Coffee is in the process of selling the real property; that Debtor's chapter 13 proceeding was filed on January 30, 2018; that Debtor has amended schedules A/B and added the real property to his chapter 13 case; that Debtor has no interest in the real property described above; that the estate should abandon any interest it may have in said real property; and the Court finds the parties stipulation to be well taken.

    IT IS THEREFORE ORDERED that the bankruptcy estate's interest in the real property at 4008 Pasaje Place NW, Albuquerque, NM 87114 legally described as LOT 125 P-1 PLAT OF CERRO CRESTADO AT SEVEN BAR NORTH CONT 0.1555 AC M/R OR 6,774 SF M/L be and is hereby abandoned and the bankruptcy estate has no further interest in said property.

### END OF ORDER ###

Respectfully submitted:
s/ submitted by e-mail
Diane Webb
Attorney for Debtors
P.O. Box 30456
Albuquerque, NM 87190-0456
505-243-0600
Fax: 505-242-7140

Approved:

By E-mail 6-3-19
Tiffany Cornejo
Chapter 13 Trustee
625 silver Ave. Sew
Albuquerque, NM 87102
(505) 243-1335
Fax: (505) 247-2709